UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL PULIDO, | No.  CV 12-5096-JAK (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| G.J. GANDA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 17, 2012

_____
JOHN A. KRONSTADT
United States District Judge